JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| ELTON L., CHAMBERS, | ) | No. CV 14-06645-VBK |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| DAVE DAVEY, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Pursuant to the Memorandum and Order of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: May 7, 2015      /s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE